AUSTIN E. WING *versus* HENRY HUDSON

JOURNAL ENTRIES (1821–29): *Journal 3:* (1) Continued *p. 202; (2) motion for judgment *p. 341; (3) motion for continuance granted *p. 447; (4) continued *p. 493. *Journal 4:* (5) Continued MS p. 7; (6) continued MS p. 93; (7) continued MS p. 127; (8) motion for continuance overruled MS p. 225; (9) issue ordered sent to circuit court for trial MS p. 228; (10) continued MS p. 330.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) stipulation for filing declaration and plea; (4) declaration; (5) plea of non assumpsit; (6) subpoena; (7) subpoena duces tecum; (8) precipe for subpoena; (9) subpoena; (10) precipe for subpoena duces tecum; (11) subpoena; (12) affidavit for continuance; (13) stipulation for notice of trial; (14) affidavit for continuance; (15) affidavit of C. Stevens re arbitration.

*1821 Calendar*, MS p. 65.